THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID A. LESH,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

1:19-CV-1416
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 11th DAY OF SEPTEMBER, 2020, upon review of Magistrate Judge Cohn's Report & Recommendation ("R&R") (Doc. 16) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 16) is **ADOPTED** for the reasons discussed therein.

2. The Commissioner of Social Security's decision is **VACATED**.

3. The case is **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with this Order.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge